UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 15-11538-BKC-RAM
Chapter 7

**ROGELIO RODRIGUEZ**
SSN: XXX-XX-2759

_____Debtor._____/

**JOEL L. TABAS, TRUSTEE'S *EX PARTE* MOTION
FOR EMPLOYMENT OF TABAS, FREEDMAN, & SOLOFF, P.A. AS
ATTORNEYS FOR THE TRUSTEE *NUNC PRO TUNC* TO MARCH 6, 2015**

The Trustee, Joel L. Tabas, (the "Trustee") hereby files this *Ex Parte* Motion for Employment of Tabas, Freedman, & Soloff, P.A. as Attorneys for the Trustee *Nunc Pro Tunc* to March 6, 2015 (the "Motion"), and as good cause for same, states as follows:

1. Joel L. Tabas is the duly qualified and acting Trustee in this case.

2. It is necessary that the Trustee employ an attorney to represent him to perform ordinary and necessary legal services required in the administration of the Estate.

3. It is in the best interest of this Estate and its economical administration that Tabas, Freedman, & Soloff, P.A., a law firm of which Trustee is a partner, be authorized to act as attorneys for the Estate.

4. This Court has the power to authorize said employment pursuant to 11 U.S.C. §327(a) which provides, in pertinent part, that "… the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

5. There is good cause to permit the Trustee to employ the firm of which he is a partner and such employment is in the best interest of the Estate because such employment will result in substantial cost savings, expedited administration and is warranted due to the Trustee's firm's existing administrative involvement.

6. Tabas, Freedman, & Soloff, P.A. does not hold or represent any interest adverse to the Estate and the Trustee believes that the employment of Tabas, Freedman, & Soloff, P.A. would be in the best interest of the Estate.

7. Attached hereto is the proposed attorney's affidavit demonstrating that Joel L. Tabas and Tabas, Freedman, & Soloff, P.A. (collectively, the "Applicant") are disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under F.R.B.P. 2014-1(A).

8. Applicant, and other members and associates of Tabas, Freedman, & Soloff, P.A. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and have a particular expertise with regard to bankruptcy.

9. Tabas, Freedman, & Soloff, P.A. has agreed to be compensated in accordance with 11 U.S.C. § 330.

**WHEREFORE,** Joel L. Tabas, Trustee respectfully requests that Tabas, Freedman, & Soloff, P.A. be authorized to act as attorneys for the Estate, *nunc pro tunc* to March 6, 2015, with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow upon application or applications to be filed by said attorneys.

CASE NO.: 15-11538-BKC-RAM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 18, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Rogelio Rodriguez
9740 SW 164 Avenue
Miami, FL 33196

                                        Respectfully submitted,

                                        /s/ Joel L. Tabas
                                        Joel L. Tabas, Trustee
                                        Florida Bar No. 516902
                                        14 N.E. 1st Avenue, Penthouse
                                        Miami, Florida 33132
                                        Telephone:  (305) 375-8171
                                        Fax:  (305) 381-7708

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 15-11538-BKC-RAM
        Chapter 7

**ROGELIO RODRIGUEZ**
SSN: XXX-XX-2759

_____Debtor._____/

## AFFIDAVIT OF JOEL L. TABAS

STATE OF FLORIDA         )
                         ) ss:
COUNTY OF MIAMI-DADE     )

BEFORE ME, the undersigned authority, personally appeared Joel L. Tabas, in Miami, Florida, who after being duly sworn, deposes and says as follows:

1. I am a partner of the law firm of Tabas, Freedman, & Soloff, P.A.

2. I and other members and associates of Tabas, Freedman, & Soloff, P.A. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, are disinterested persons within the meaning of 11 U.S.C. §101 and are eligible to serve as counsel for the Estate and the Trustee pursuant to the provisions of 11 U.S.C. § 327(a).

4. Neither the firm nor any of its members have a prepetition or other claim against the Estate.

5. Neither the firm nor any of its members have any connection with the Debtor, except to the extent that Joel L. Tabas is the duly appointed and acting Trustee

CASE NO.: 15-11538-BKC-RAM

in this case. We have not in the past, and I do not plan in the future, to represent any related Debtor or principals.

6. We have not received a retainer from the Debtor, the Estate, a principal of the Debtor or a third party.

7. We do not have any interests adverse to the Trustee, the Estate or the Debtor.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Joel L. Tabas

THE FOREGOING INSTRUMENT was acknowledged before me this 17th day of March, 2015 by Joel L. Tabas, who is personally known to me.

_____
Notary Public, State of Florida

My Commission Expires:



Notary Public State of Florida
Janet Cepero
My Commission EE088617
Expires 05/01/2015